UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SPENCER K. WATTS,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | **NO. 22-cv-5447** |
| **VERSUS** | * | |
| | * | **SECTION "H" (2)** |
| **TIM HOOPER, WARDEN,** | * | |
| **RESPONDENT** | * | |

**NOTICE OF LODGING OF STATE COURT RECORD MATERIALS**

MAY IT PLEASE THE COURT:

This is a § 2254 habeas corpus proceeding. The Court has ordered the production of an electronic copy of the state court record (Rec. Doc. 11). The state court record is appended to this pleading in ten exhibits, which are enumerated in the margin[1] and more fully explained in the pages that follow.

---

1  Exhibit 1.   22nd Judicial District Court, docket number 467545.
   Exhibit 2.   22nd Judicial District Court, docket number 497753.
   Exhibit 3.   Motion to Unseal and competency evaluation reports, 467545.
   Exhibit 4.   Motion to Unseal and competency evaluation reports, 497753.
   Exhibit 5.   Louisiana Supreme Court, docket number 2013-KH-1857
   Exhibit 6.   Louisiana First Circuit Court of Appeal, docket number 2017-KW-1531.
   Exhibit 7.   Louisiana First Circuit Court of Appeal, docket number 2017-KW-1707.
   Exhibit 8.   Louisiana First Circuit Court of Appeal, docket number 2017-KW-1766.
   Exhibit 9.   Louisiana First Circuit Court of Appeal, docket number 2021-KW-1524.
   Exhibit 10.  Louisiana Supreme Court, docket number 2022-KH-0710.

### 1. The district court record.

The petitioner was indicted for first-degree murder. That indictment was *nol pros*'d and he pleaded guilty to a different indictment charging second degree murder and armed robbery. Due to the way that the 22nd Judicial District Court for St. Tammany Parish operates, the first and second indictments were assigned different docket numbers. The initial indictment (first-degree murder) was assigned docket number 467545; the subsequent indictment (second-degree murder, armed robbery) was assigned docket number 497753.

The state district court record for docket number 467545 is **Exhibit 1**.

The state district court record for docket number 497753 is **Exhibit 2**.

Upon review of the district court record, counsel noted that certain items—namely, competency evaluation reports—were not produced by the clerk of court because they had been filed under seal.[2] Counsel then prepared a motion to for leave to unseal and copy those reports. The motion to unseal and pertinent reports from docket number 467545 are attached as **Exhibit 3**. The motion to unseal and pertinent reports from docket number 497753 are attached as **Exhibit 4**.

### 2. The record of direct appeal proceedings.

There is no record of direct appeal proceedings because the petitioner pleaded guilty and did not appeal.[3]

---

2  Exhibit 1, pp. 54-56; Exhibit 2, pg. 11.
3  Rec. Doc. 3, pp. 1-2.

### 3. The record of collateral review proceedings.

The petitioner has filed five applications for post-conviction relief.

The first application for post-conviction relief was filed in February 2013. The district court denied relief. The petitioner sought supervisory review from both the Louisiana First Circuit Court of Appeal (docket 2013-KW-0852) and the Louisiana Supreme Court (docket 2013-KH-1857).[4] The application filed in the First Circuit under docket number 2013-KW-0852 is not attached because the undersigned has been advised by the Clerk of Court, First Circuit that the application is no longer available. The record of the Louisiana Supreme Court under docket 2013-KH-1857 is contained in **Exhibit 5**.

The second application for post-conviction relief was filed in July 2014. The district court denied relief. The petitioner sought supervisory review from the Louisiana First Circuit Court of Appeal (docket 2014-KW-1615).[5] The First Circuit denied relief. The application filed in the First Circuit under docket number 2013-KW-0852 is not attached because the undersigned has been advised by the Clerk of Court, First Circuit that the application is no longer available. The petitioner did not seek further review from the Louisiana Supreme Court.

The third application for post-conviction relief was filed in September 2017. It resulted in three application for supervisory review to the Louisiana First Circuit

---

4 See Exhibit 2, pp. 19-37 (application for post-conviction relief); id. at 88-100 (supplement to application for post-conviction relief); id. at 102-103 (order denying relief); id. at 106-107 (writ action sheets from the Louisiana First Circuit Court of Appeal and Louisiana Supreme Court, respectively).

5 See Exhibit 2, pp. 108-113 (petition); id. at 117-118 (district court order denying relief); id. at 119 (writ action sheet from the Louisiana First Circuit Court of Appeal).

Court of Appeal. See **Exhibit 6** (records from docket 2017-KW-1531); **Exhibit 7** (records from docket 2017-KW-1707); **Exhibit 8** (records from docket 2017-KW-1766). The petitioner did not seek further review from the Louisiana Supreme Court.

The fourth application for post-conviction relief was filed in June 2020. The district court denied relief. The petitioner sought supervisory review from both the Louisiana First Circuit Court of Appeal (docket 2021-KW-1524) and the Louisiana Supreme Court (docket 2022-KH-0710). The records of the First Circuit from docket 2021-KW-1524 are attached as **Exhibit 9**. The records of the Louisiana Supreme Court from docket 2022-KH-0710 are attached as **Exhibit 10**.

The fifth application for post-conviction relief was filed in November 2022, and remains pending before the state district court.

    Respectfully Submitted,

    /s/ Matthew Caplan
    Matthew Caplan, #31650
    Assistant District Attorney
    22nd Judicial District
    701 N. Columbia Street
    Covington, Louisiana 70433
    Tel: (985) 809-8398
    Email: mcaplan@22da.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the foregoing pleading by sending it via USPS first-class mail, addressed as follows:

>Spencer K. Watts, DOC # 586093
>Louisiana State Penitentiary
>17544 Tunica Trace
>Angola, LA 70712
>*Petitioner, pro se*

This the <u>24th</u> day of <u>April</u>, 20<u>23</u>, at Covington, Louisiana.

<u>/s/ Matthew Caplan</u>
Matthew Caplan, #31650
Assistant District Attorney
