UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SPENCER K. WATTS                                      CIVIL ACTION

VERSUS                                                NO. 22-5447

TIM HOOPER                                            SECTION "H" (2)

**O R D E R**

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judges, and the failure of any party to file an objection, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts them as its opinion in this matter. Therefore,

**IT IS ORDERED** that Spencer K. Watts's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 19th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE