UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SPENCER K. WATTS | CIVIL ACTION |
| VERSUS | NO. 22-5447 |
| TIM HOOPER | SECTION "H" (2) |

### J U D G M E N T

The court having approved the Report and Recommendation of the United States Magistrate Judges and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of respondent Warden Tim Hooper and against petitioner Spencer K. Watts dismissing with prejudice Watts's petition for issuance of writ of habeas corpus under 28 U.S.C. § 2254 as time-barred.

New Orleans, Louisiana, this 19th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE